Patrick L. Deedon, State Bar No. 245490
Tracey A. Werner, State Bar No. 315876
**MAIRE & DEEDON**
2851 Park Marina Drive, Suite 300
Redding, CA 96001-2813
(530) 246-6050 / 246-6060 (fax)
*pdeedon@maire-law.com*
*twerner@maire-law.com*

Attorney(s) for Plaintiffs,
THOMAS L. AMUNDSON and
ROSEMARY A. AMUNDSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS L. AMUNDSON and ROSEMARY A. AMUNDSON, <br><br> Plaintiffs, <br><br> vs. <br><br> FAMILY HERITAGE LIFE INSURANCE COMPANY OF AMERICA, <br><br> Defendant(s). / | CASE NO.:   2:21-cv-01205-JAM-JDP <br><br> **STIPULATION AND ORDER TO STAY MATTER PENDING UNAVAILABILITY OF PLAINTIFFS' COUNSEL** |

## RECITALS

1. Plaintiffs are Thomas L. Amundson and Rosemary A. Amundson (hereinafter "Plaintiffs"), represented by Tracey A. Werner of MAIRE & DEEDON.

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA 96001-2813
(530) 246-6050

PAGE 1
STIPULATION AND ORDER TO STAY MATTER PENDING UNAVAILABILITY OF PLAINTIFFS' COUNSEL

2. Defendant is Family Heritage Life Insurance Company of America (hereinafter "Defendant"), represented by Michael A.S. Newman of HINSHAW & CULBERTSON, LLP.

3. Plaintiffs filed this action on June 4, 2021, in Tehama County Superior Court, as Case No. 21CI000131. ["Exhibit A" to ECF 1.]

4. Defendant, by and through their attorneys of record, removed the action to California's Eastern District federal court on July 8, 2021, where it was reassigned as Case No. 2:21-cv-01205-JAM-JDP. [ECF1 – 1.4.]

5. This Court subsequently issued an Order Requiring Service of Process and Joint Status Report on July 9, 2021, and on August 9, 2021, in which the parties were ordered to confer as required by Fed. R. Civ. P. 26(f) and submit a joint status report including a Rule 26(f) discovery plan. [ECF 2 and 4.]

6. The parties met and conferred on August 13, 2021, at which time Plaintiffs' counsel, Tracey A. Werner, informed Defendants' counsel, Michael A.S. Newman, that she would be going out on maternity leave in October 2021. It was, in part, due to this anticipated leave that the parties stipulated to a discovery cut-off date of August 12, 2022. [ECF 5, pgs. 3-4.]

7. Pursuant to the stipulation of the parties, the Court ordered that discovery be completed by December 9, 2022. [ECF 6, 6:12-16.]

## STIPULATIONS

**IT IS HEREBY STIPULATED and AGREED** by and between Plaintiffs and Defendant, through their respective counsel of record, that:

8. The parties seek a stay of this matter, including the actions listed below:

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA 96001-2813
(530) 246-6050

PAGE 2
STIPULATION AND ORDER TO STAY MATTER PENDING UNAVAILABILITY OF PLAINTIFFS' COUNSEL

   a. This stay shall include all written discovery propounded on the parties.

      i. Any discovery served during the stay, regardless of whether the time to respond is designated for such a date after the stay is lifted, shall not be considered properly served and must be re-served after the stay is lifted.

   b. This stay shall include all discovery and document subpoenas issued to non-parties, other than to medical facilities who provided treatment to Plaintiff Thomas L. Amundson, unless otherwise agreed to in advance by counsel for the parties, as described more fully below.

   c. This stay shall include all party and non-party depositions.

   d. This stay shall include filing any motions, dispositive or otherwise.

9. This stay shall not include issuing document subpoenas to obtain records from third party medical facilities.

   a. The date of production on said document subpoenas may be set during the period of time in which this stay is in effect.

   b. To the extent Mr. Amundson is required to sign any authorizations for the release of his medical or billing records from said medical facilities, Plaintiffs' counsel will continue to facilitate his signature on the same during the stay.

10. Plaintiffs' counsel, TRACEY A. WERNER, will be on maternity leave from October 15, 2021 – February 2022. As the exact date of her return is presently unknown, the parties hereby stipulate that this stay will remain in effect until March 1, 2022.

11. Any changes to this Stipulation require the express written consent of Counsel for all Parties.

12. This Stipulation shall be filed in the California Eastern District federal court.

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA  96001-2813
(530) 246-6050

PAGE 3
STIPULATION AND ORDER TO STAY MATTER PENDING UNAVAILABILITY OF PLAINTIFFS' COUNSEL

13. A violation of the Stay affords the wronged party a right to proceed with motion practice and seek sanctions.

**THEREFORE, IT IS HEREBY STIPULATED** that

1. This matter will be stayed until March 1, 2022, for the actions listed below:

    a. This stay shall include all written discovery propounded on the parties.

        i. Any discovery served during the stay, regardless of whether the time to respond is designated for such a date after the stay is lifted, shall not be considered properly served and must be re-served after the stay is lifted.

    b. This stay shall include all discovery and document subpoenas issued to non-parties, other than to medical facilities who provided treatment to Plaintiff Thomas L. Amundson, unless otherwise agreed to in advance by counsel for the parties, as described more fully below.

    c. This stay shall include all party and non-party depositions.

    d. This stay shall include filing any motions, dispositive or otherwise.

2. This stay shall not include issuing document subpoenas to obtain records from third party medical facilities.

    a. The date of production on said document subpoenas may be set during the period of time in which this stay is in effect.

    b. To the extent Mr. Amundson is required to sign any authorizations for the release of his medical or billing records from said medical facilities, Plaintiffs' counsel will continue to facilitate his signature on the same during the stay.

*[Signatures to follow on the next page.]*

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA  96001-2813
(530) 246-6050

PAGE 4
STIPULATION AND ORDER TO STAY MATTER PENDING UNAVAILABILITY OF PLAINTIFFS' COUNSEL

Dated: October 15, 2021          MAIRE & DEEDON


                                                    */s/ Tracey A. Werner*
                                                    PATRICK L. DEEDON
                                                    TRACEY A. WERNER
                                                    Attorney(s) for Plaintiffs,
                                                    THOMAS L. AMUNDSON and
                                                    ROSEMARY A. AMUNDSON


Dated: October 15, 2021          HINSHAW & CULBERTSON, LLP


                                                    */s/ Michael A.S. Newman*
                                                    MICHAEL A.S. NEWMAN
                                                    Attorney(s) for Defendants,
                                                    FAMILY HERITAGE LIFE INSURANCE
                                                    COMPANY OF AMERICA

# ORDER ON STIPULATION TO STAY MATTER PENDING UNAVAILABILITY OF PLAINTIFFS' COUNSEL

For good cause appearing and based upon the stipulation of the parties, this matter is hereby stayed as follows:

1. This matter will be stayed until March 1, 2022, for the actions listed below:

    a. This stay shall include all written discovery propounded on the parties.

        i. Any discovery served during the stay, regardless of whether the time to respond is designated for such a date after the stay is lifted, shall not be considered properly served and must be re-served after the stay is lifted.

    b. This stay shall include all discovery and document subpoenas issued to non-parties, other than to medical facilities who provided treatment to Plaintiff Thomas L. Amundson, unless otherwise agreed to in advance by counsel for the parties, as described more fully below.

    c. This stay shall include all party and non-party depositions.

    d. This stay shall include filing any motions, dispositive or otherwise.

2. This stay shall not include issuing document subpoenas to obtain records from third party medical facilities.

    a. The date of production on said document subpoenas may be set during the period of time in which this stay is in effect.

    b. To the extent Mr. Amundson is required to sign any authorizations for the release of his medical or billing records from said medical facilities, Plaintiffs' counsel will continue to facilitate his signature on the same during the stay.

///

///

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA 96001-2813
(530) 246-6050

PAGE 6
STIPULATION AND ORDER TO STAY MATTER PENDING UNAVAILABILITY OF PLAINTIFFS' COUNSEL

IT IS SO ORDERED.

Dated: October 15, 2021  /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA 96001-2813
(530) 246-6050

PAGE 7
STIPULATION AND ORDER TO STAY MATTER PENDING UNAVAILABILITY OF PLAINTIFFS' COUNSEL