TRACEY A. WERNER (SBN 315876)
**MAIRE & DEEDON**
2851 Park Marina Drive, Suite 300
Redding, California 96002
Telephone:    530-246-6050
Facsimile:    530-246-6060
twerner@maire-law.com

Attorneys for Plaintiffs,
THOMAS L. AMUNDSON and
ROSEMARY A. AMUNDSON

MICHAEL A.S. NEWMAN (SBN 205299)
mnewman@hinshawlaw.com
**Hinshaw & Culbertson LLP**
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone:    213-680-2800
Facsimile:    213-614-7399

Attorneys for Defendant,
FAMILY HERITAGE LIFE INSURANCE
COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS L. AMUNDSON and ROSEMARY A. AMUNDSON,<br><br>Plaintiffs,<br><br>vs.<br><br>FAMILY HERITAGE LIFE INSURANCE COMPANY OF AMERICA; GLOBE LIFE FAMILY HERITAGE DIVISION; AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | Case No. 2:21−CV−01205−JAM−JDP<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims stated herein against all

parties, with each party to bear its own attorney's fees and costs, except as specifically provided in the settlement.

DATED: August 29, 2022                         MAIRE & DEEDON

                                               By: /s/Tracey A. Werner
                                                   TRACEY A. WERNER
                                                   Attorneys for Plaintiffs,
                                                   THOMAS L. AMUNDSON and
                                                   ROSEMARY A. AMUNDSON

DATED: August 29, 2022                         HINSHAW & CULBERTSON LLP

                                               By: /s/Michael A.S. Newman
                                                   MICHAEL A.S. NEWMAN
                                                   Attorneys for Defendant,
                                                   FAMILY HERITAGE LIFE INSURANCE
                                                   COMPANY OF AMERICA

## **ORDER**

This stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: August 29, 2022            /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE